USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    DENNIS WATKINS,

                      Plaintiff,

        -against-

    THE PORT AUTHORITY POLICE
    DEPARTMENT OF NEW YORK AND
    NEW JERSEY, *et al.*,

                      Defendants.
-------------------------------------------------------------- X

1:25-cv-7908-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on September 23, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than October 7, 2025. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: September 26, 2025
       New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                   United States District Judge