USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/23/26__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS WATKINS,

           Plaintiff,

    -against-

THE PORT AUTHORITY POLICE
DEPARTMENT OF NEW YORK AND
NEW JERSEY, et al.,

           Defendants.

25-CV-7908 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court held an in-person status conference today at 10:00 a.m. *See* Dkt. 17. Defendants appeared through counsel. The Court waited until 10:30 a.m., but the pro se plaintiff did not appear. Defendants' counsel confirmed that he provided plaintiff with two separate reminders of the conference: a June 16, 2026 phone call and a June 23, 2026 email (as requested by the Court, *see* Dkts. 19, 20). This is the fourth time in a row that plaintiff has failed to appear for a scheduled conference in this action.[1]

At today's conference, defendants sought leave to move to dismiss this action under Fed. R. Civ. P. 41(b). Defendants may file their motion to dismiss no later than **July 7, 2026**. In light of plaintiff's pro se status, his opposition is due **August 6, 2026**. Defendants' reply, if any, is due no later than **August 20, 2026**. Defendants must serve their motion papers on plaintiff via email (to watkinsdennis120@gmail.com), which the Court has reason to believe is the best method to ensure the filings reach plaintiff.

Dated:  New York, New York
       June 23, 2026

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] At one conference, held January 14, 2026, the Court was able to reach plaintiff by telephone and permitted him to appear remotely. *See* Dkt. 14.