USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/29/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENNIS WATKINS,

Plaintiff,

-against-

THE PORT AUTHORITY POLICE DEPARTMENT OF NEW YORK AND NEW JERSEY, et al.,

Defendants.

25-CV-7908 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On March 25, 2026, the Court ordered plaintiff to produce certain outstanding discovery within 14 days after his release from custody, including a signed HIPAA release, a signed employment information authorization form or written confirmation that plaintiff was not employed during the relevant period, all evidence relating to the May 20, 2025 incident, and signed interrogatory responses. 3/25/26 Order (Dkt. 17) at 1-2.

On June 16, 2026, defendants' counsel reported that plaintiff was out of custody, and that they had spoken, but that plaintiff advised that he "had no employment authorizations to send" or documents to produce. *See* 6/16/26 Ltr. (Dkt. 18) at 1.

On June 23, 2026, after plaintiff failed to appear for a scheduled conference in this action for the fourth time in a row,[1] the Court authorized defendants to move to dismiss the case pursuant to Fed. R. Civ. P. 41(b) and set a schedule for the motion. 6/23/26 Order. On July 6, 2026,

[1] On November 13, 2025, plaintiff arrived more than one hour late for the scheduled conference, and was then refused entry to the courthouse for failure to comply with security protocols. *See* Dkt. 11. On January 14, 2026, plaintiff again failed to appear, but on that occasion the Court's staff was able to reach him by telephone and the Court permitted him to appear remotely. *See* Dkt. 14. On March 25, 2026, plaintiff failed to appear because he was incarcerated in New Jersey. *See* 3/25/26 Order. On June 23, 2026 – at which point plaintiff had been released from custody– he again failed, without excuse or explanation, to appear for a scheduled conference. *See* 6/23/26 Order (Dkt. 21).

defendants filed their motion to dismiss, with a supporting memorandum of law and declaration (Dkts. 22-24), and the next day filed proof of service of their motion papers on plaintiff via his email – watkinsdennis120@gmail.com. (Dkt. 25.)

Plaintiff's opposition to the motion to dismiss was due August 6, 2026, *see* 6/23/26 Order, but plaintiff failed to file any opposition papers. There is also no indication that plaintiff has produced the discovery required by the 3/25/26 Order.[2]

In light of plaintiff's pro se status, the Court hereby EXTENDS plaintiff's time to produce the outstanding discovery and oppose defendants' motion to dismiss to **November 30, 2026**. ***No further extensions of this deadline will be granted***.

Plaintiff is reminded that it is his obligation to prosecute his claims diligently, including by appearing for all court conferences, complying with all court orders, including discovery orders, and responding in a timely fashion to motions made by the defendants he has sued. Plaintiff is already at risk of having his case dismissed pursuant to Rule 41(b) for failure to prosecute, based on his failure to appear at scheduled conferences and failure to provide outstanding discovery. ***If plaintiff again fails to respond to the motion, the Court may treat it as unopposed and dismiss this case. Likewise, if plaintiff continues to ignore his discovery obligations, the Court may rely on that conduct to dismiss this case.***

Defendants are directed to serve this order on plaintiff via email to watkinsdennis120@gmail.com.

Dated: New York, New York
October 29, 2026

**SO ORDERED**.

BARBARA MOSES, U.S.M.J.

[2] According to defendant Port Authority Police Department, it has not yet received: "(1) a corrected, signed HIPAA authorization from Plaintiff for his medical records, (2) signed and verified interrogatory responses from Plaintiff, [or] (3) Plaintiff's availability for his deposition." Dkt. 24 at 5.